## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMAR AQEL**<br>**43183 Thistledown Terrace Apt. 235**<br>**Broadlands, VA 20148**<br><br>**IHSAN TALIAH ABDUR-RAHMAN**<br>**43183 Thistledown Terrace Apt. 235**<br>**Broadlands, VA 20148**<br><br><br>    **Plaintiffs**<br>**v.**<br><br>**EMILIO T. GONZALEZ, Director**<br>**U.S. Citizenship and Immigration Services,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**20 Massachusetts Avenue, N.W.**<br>**Washington, DC 20529**<br><br>**MICHAEL CHERTOFF, Secretary**<br>**U.S. Department of Homeland Security,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**425 Murray Drive, Building 410**<br>**Washington, DC 20528**<br><br>**ROBERT S. MUELLER, Director**<br>**Federal Bureau of Investigation,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**J. Edgar Hoover Building**<br>**935 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20535**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civil No.**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MANDAMUS COMPLAINT FOR DECLARATORY
## AND INJUNCTIVE RELIEF

The Plaintiffs, OMAR AQEL, and IHSAN TALIAH ABDUR-RAHMAN, by counsel,

complain of the Defendants, EMILIO T. GONZALEZ, Director, U.S. Citizenship & Immigration

Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; and

ROBERT S. MUELLER, Director, Federal Bureau of Investigation, as follows:

## PREFATORY STATEMENT

1.   This is a mandamus action for declaratory and injunctive relief to compel the

Defendants and those acting under them to immediately and forthwith take all appropriate

actions to adjudicate Plaintiff Ihsan Taliah Abdur-Rahman's Petition for Alien Relative, Form I-

130, filed on behalf of her husband, Omar Aqel, pursuant to 8 U.S.C. § 1154, and Plaintiff Omar

Aqel's application for adjustment of status, Form I-485, filed pursuant to 8 U.S.C. § 1255, which

were properly filed and received by the Defendants, the United States Department of Homeland

Security ("DHS"), United States Citizenship & Immigration Services ("USCIS"), on March 19,

2003.  *See* Exh. 1 (Receipt Notices from USCIS).  The I-130 petition for alien relative and the

application for adjustment of status remain pending within the jurisdiction of the Defendants,

who have improperly withheld action and adjudication for four years and a half, to the detriment

of the rights and privileges of the Plaintiffs, Ms. Abdur-Rahman and Mr. Aqel.


## I.  JURISDICTION

2.   This Court has jurisdiction pursuant to 8 U.S.C. § 1329 (jurisdiction of the

district courts) , 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (action to

compel an officer of the United States to perform his duty) to redress the deprivation of rights,

privileges, and immunities secured to the Plaintiffs and to compel the Defendants to perform a

duty that the Defendants owe to the Plaintiffs.  Under 28 U.S.C. § 1361, "[t]he district courts

shall have original jurisdiction of any action in the nature of mandamus to compel an officer or

employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

3.   Jurisdiction is also conferred by 5 U.S.C. § 704, the Administrative Procedures Act ("APA"). An agency has a duty to conclude a matter presented to it within a "reasonable time." 5 U.S.C. § 555(b). "Accordingly, the scope of judicial review includes 'compel[ling] agency action unlawfully withheld or unreasonably delayed. [5 U.S.C.] § 706(1)." *Liu v. Novak*, ---F. Supp.2d---, 2007WL2460425 (D.D.C. 2007) ("[T]he Court does have jurisdiction over plaintiff's APA claim that defendants have unreasonable delayed adjudicating his application.")

4.   Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252, does not deprive this Court of jurisdiction. INA § 242(a)(5), 8 U.S.C. § 1252(a)(5) provides that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provisions of this Act[.]" As the present action is not an action to review a removal order but simply an action to compel the Defendant USCIS to adjudicate a long and unreasonably delayed I-130 petition for alien relative and the I-485 application for adjustment of status, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361. Furthermore, INA § 242(a)(2)(B), 8 U.S.C. § 1252(a)(2)(B), provides that no court shall have jurisdiction to review either (i) "any judgment regarding the granting of" various forms of relief from removal, or (ii) "any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified…to be in the discretion of the Attorney General or the Secretary of Homeland Security[.]" Because "the failure to adjudicate" a properly filed petition for alien relative and application for adjustment of status is neither a judgment regarding the granting of relief from removal nor a decision or action that is specified to be in the discretion of the Attorney General or the Secretary of Homeland Security, the Court retains original mandamus jurisdiction over this claim. *See Liu v. Novak*, *supra* ("[T]he Court

concludes that § 1252(a)(2)(B)(ii) does not eliminate this Court's jurisdiction over plaintiff's claim.")

## II. VENUE

5. Venue is proper under 28 U.S.C. § 1391(e) because this is an action brought against officers and agencies of the United States in their official capacities, brought in the district where all of the Defendants maintain their offices and where a substantial part of the events or omissions giving rise to the Plaintiffs' claim occurred.

## III.    PARTIES

6. The Plaintiff Ihsan Taliah Abdur-Rahman is a U.S citizen who resides at 43183 Thistledown Terrace, Apt. 235, Broadlands, Virginia 20148. The Plaintiff Omar Aqel is a national of Morocco, spouse of Plaintiff Ihsan Taliah Abdur-Rahman, and resides at the same address. Plaintiff Ihsan Taliah Abdur-Rahman filed with the Defendant USCIS on behalf of her husband an I-130 petition for alien relative pursuant to 8 U.S.C. § 1154 on March 19, 2003, to qualify her husband as an immediate relative under 8 U.S.C. § 1151(b)(2)(A)(i). Plaintiff Omar Aqel filed with the Defendant USCIS on March 19, 2003, an application for adjustment of status pursuant to 8 U.S.C. § 1255 (Form I-485). The USCIS expressly authorizes that both the I-130 petition for alien relative and the I-485 application for adjustment of status may be submitted concurrently.

7. The Defendant EMILIO T. GONZALEZ is the Director of USCIS who is sued in his official capacity, as well as his successors and assigns. The USCIS is assigned the adjudication of immigrant visa petitions, including I-130 petitions for alien relative such as the one filed by Plaintiff Ihsan Taliah Abdur-Rahman, as well as I-485 applications for adjustment

of status to permanent residence filed pursuant to 8 U.S.C. § 1255, such as the one filed by

Plaintiff Omar Aqel. The USCIS has a mandatory duty to act on the application for adjustment

of status within a reasonable time.

8. The Defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department

of Homeland Security ("DHS"). He is sued in his official capacity, as well as his successors and

assigns. The DHS oversees the operations of the Defendant USCIS.

9. The Defendant ROBERT S. MUELLER is the Director of the Federal Bureau of

Investigation ("FBI"). He is sued in his official capacity, as well as his successors and assigns.

The FBI's duties are to ensure the timely completion of all requests for security background

checks from the USCIS.

## IV. CAUSE OF ACTION

### A. Background Facts

10. Plaintiff Ihsan Taliah Abdur-Rahman is a naturalized U.S. citizen. *Exh. 2.* She and

Plaintiff Omar Aqel were married on December 31, 2002. *Exh.3.* On March 19, 2003, Plaintiff

Ihsan Taliah Abdur-Rahman filed with USCIS a petition for alien relative, Form I-130, pursuant

to 8 U.S.C. § 1154, to qualify her husband as an immediate relative pursuant to 8 U.S.C. §

1151(b)(2)(A)(i). Concurrently with the petition for alien relative, and in the same package of

documents, Plaintiff Omar Aqel filed with USCIS his application for adjustment of status to

permanent resident under 8 U.S.C. §1255(a). The petition/application were filed in person with

the Defendant USCIS Orlando Field Office, which immediately issued a receipt notice (*Exh. 1*)

On September 6, 2005, Defendant USCIS issued a fingerprinting appointment notice for Plaintiff

Omar Aqel. *Exh. 4.* Plaintiff Omar Aqel complied with the fingerprinting appointment on

September 2, 2005.  *Id.*  Defendant USCIS issued on September 14, 2005 an interview notice for both Plaintiffs to appear at the USCIS Baltimore Field Office on November 10, 2005, to be interviewed by USCIS Officer "A".  *Exh. 5.*  Plaintiffs attended their interview at the USCIS Baltimore Field Office on November 10, 2005.  USCIS Officer "A" stated that a decision would be made within 180 days.

11. Plaintiffs have since made repeated inquiries regarding the status of the I-130 petition for immediate relative and of the application for adjustment of status to permanent residence with Defendants, to wit:

a.    An inquiry in January 2006 with the USCIS Customer Service.  The USCIS Customer Service advised Plaintiffs that their petition/application were pending with the USCIS Vermont Service Center and that a decision would be rendered within 180 days.

b.    An inquiry with Senator Paul Sarbanes and Congressman Elijah E. Cummings in February 2006.  On July 17, 2006, Senator Sarbanes responded that the case was pending due to a routine background check.  Congressman Elijah E. Cummings obtained a similar response from Defendant USCIS.

c.    A telephonic inquiry on May 24, 2006, to which Defendant USCIS responded that the case was under active review.

d.    An attorney inquiry in October 2006, to which Defendant USCIS responded that the case was pending due to a background check.

e.    An attorney inquiry in December, 2006, to which Defendant USCIS responded that the case was pending due to a background check.

f.    A February 16, 2007 telephonic inquiry to Defendant USCIS.  Defendant USCIS
admitted that the case was outside of the routine processing times and advised
Plaintiffs that the case was pending with the USCIS National Benefits Center in
Missouri.

g.    A March 16, 2007 Infopass appointment, at which time Defendant USCIS advised
Plaintiffs that the case was pending due to FBI background check.  *Exh. 6.*  Infopass is
a system created by Defendant USCIS to allow status checks in person at the local
USCIS field office.

h.    A May 10, 2007 Infopass appointment, at which time Defendant USCIS advised
Plaintiffs that the case was pending due to a background check.  *Exh. 7.*

i.    Plaintiff Ishan Taliah Abdur-Rahman had written a letter of concern to Mrs.
George W. Bush on March 9, 2007.  Ms. Bush had forwarded the inquiry to the U.S.
Department of Justice and the FBI.  On May 21, 2007, Defendant FBI responded that
Plaintiff Omar Aqel's name check has been pending with the FBI Name Check
Program database since May 7, 2003.  *Exh. 8.*  To this date, over four years and four
months later, Defendant FBI has not completed Plaintiff Omar Aqel's name check.

j.    Plaintiff Ishan Taliah Abdur-Rahman had made an inquiry to the USCIS
Ombudsman, who responded on June 14, 2007 that she should receive a response from
USCIS within 45 days.  *Exh. 9.*  Plaintiff Ishan Taliah Abdur-Rahman has not received
any response from USCIS to this day.

12.  Plaintiff's application for adjustment of status was filed on March 19, 2003, more
than four and half years ago.  Plaintiffs have complied with all requests made by the USCIS for
an interview and documentation.  The Defendants have not given the Plaintiffs any reasonable

justification why Plaintiff Omar Aqel's name check has been pending with Defendant FBI for
the last four years and four months without being properly completed.

### B. Claims

13. The Defendants' continuing delay of 54 months and counting in failing to
adjudicate the Plaintiffs' I-130 petition for alien relative and I-485 application for adjustment of
status to permanent residence is per se unreasonable.

14. The D.C. District Court in *Liu v. Novak, supra*, has held that a four-year delay in
adjudicating an application for adjustment of status due to security background checks was
unreasonable. The *Liu* Court relied on the holding of *Telecommunications Research & Action
Center("TRAC") v. FCC*, 750 F.2d 70 (D.C. Cir. 1984) to identify the factors relevant in
determining whether agency delay is unreasonable:

> (1) the time agencies take to make decisions must be governed by a "rule of
> reason;" (2) where Congress has provided a timetable or other indication of the
> speed with which it expects the agency to proceed in the enabling statute, that
> statutory scheme may supply content for this rule of reason; (3) delays that might
> be reasonable in the sphere of economic regulation are less tolerable when human
> health and welfare are at stake; (4) the court should consider the effect of
> expediting delayed action on agency activities of a higher or competing priority;
> (5) the court should also take into account the nature and extent of the interests
> prejudiced by delay; and (6) the court need not find "any impropriety lurking
> behind agency lassitude in order to hold that agency action is 'unreasonably
> delayed.'"

*Liu v. Novak, supra* at 8, *citing Telecommunications Research & Action Center v. FCC, supra* at
80 (citations omitted).

15. In *Liu, supra*, Judge Sullivan ruled that with regard to the first TRAC factor, a
four-year delay for a name check process described by the Defendants "as one where data is
primarily retrieved from an electronic database, and only occasionally from paper records," to be
unreasonable. *Id.* at 8. The four-year-and-a-half delay in Plaintiffs Omar Aqel's case for the

same reason is equally unreasonable. Judge Sullivan at footnote 4 noted that "Congress has not provided a timetable for this action, so the second TRAC factor is inapplicable." *Id.*

16. Judge Sullivan in *Liu* has further ruled that—

> With regard to the third and fifth TRAC factors, [...] [t]he inability to obtain permanent resident status affects a wide range of important rights." [citing *Singh v. Still*, 470 F.Supp.2d 1064, 1070 (N.D.Cal.2007)]. For example, the delay prejudices plaintiff's ability to petition to immigrate close family members and adversely impacts his ability to seek United States citizenship. *See id.* Thus, these factors weigh in favor of finding the delay unreasonable.

*Liu v. Novak, supra* at 9. The delay in adjudicating his application for adjustment of status to permanent resident prejudices Plaintiff Omar Aqel by depriving him of the ability to seek naturalization, and thus, of the right to vote in elections, and to petition close family members.

17. Regarding the fifth TRAC factor, like the plaintiff in *Liu*, *supra*, Plaintiff Omar Aqel is not the subject of any active investigation.

18. The name check system has been described by the Defendants in other cases as being prioritized in order of application date. *See Liu v. Novak, supra,* at 9. Such a prioritization by application date was not followed in the case of Plaintiff Omar Aqel, whose name check has been pending for four years and four months while thousands of other cases filed after his were adjudicated.

19. Plaintiffs' petition/application have been neglected by the Defendants and the present four-year-and-a-half delay in adjudicating such petition/application is clearly unreasonable.

## PRAYER

WHEREFORE, Plaintiffs pray that this Court:

a. Compel the Defendants and those acting under them to perform their duty to adjudicate Plaintiff Ihsan Taliah Abdur-Rahman's I-130 petition for alien relative and Plaintiff Omar Aqel's I-485 application for adjustment of status to permanent residence within a reasonable time of no more than 30 days;

b. Declare the Defendants' continued delay and inaction violates the APA;

c. Grant reasonable attorney's fees and costs of court under the Equal Access to Justice Act;

d. Grant such other and further relief as this Court deems proper.

Respectfully submitted,

_____
THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
(202) 429 1725

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

AQEL, OMAR
ABDUR-RAHMAN, IHSAN TALIAH

## DEFENDANTS

GONZALEZ, EMILIO, Director, USCIS
CHERTOFF, MICHAEL, Secretary, USDHS
MUELLER, ROBERT, Director, FBI

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     Loudoun, VA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)     Washington D.C.
NOTE. IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot
Elliot & Mayock
1629 K Street NW Suite 1250
Washington D.C. 20006

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U S Government Plaintiff
○ 2 U S Government Defendant
○ 3 Federal Question (U S Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ⊙ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. 1361; 5 U.S.C. 702, 704.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $** [_____]  Check YES only if demanded in complaint

**JURY DEMAND:**  YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form

DATE 10/1/07    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence. Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.; and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES. This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.   CASE ASSIGNMENT AND NATURE OF SUIT. The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION. Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY. If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**United States Department of Justice**
**Immigration and Naturalization Service**
**9403 Tradeport Drive**
**Orlando, FL  32827**

**File:** A097131354
**Date:** 03/19/2003

Omar  Aqel
10600 BLOOMFIELD DR #533
ORLANDO, FL  32825

**This is to inform you that the following application was received at this office:**

| **Form:** I-130 | **Receipt No.:** ORL200317000055 |
|---|---|
| *Petition for Alien Relative* | |
| | **Fee:** $130 |

The estimated processing time for this application is (1) year.  You may make a written inquiry
if you have not received a decision or correspondence by March 19, 2004.  Please include a
photocopy of this notice with any inquiry.  If you change your address, please notify this office.

*John M Bulger*
**Acting District Director**

**United States Department of Justice**
**Immigration and Naturalization Service**
**9403 Tradeport Drive**
**Orlando, FL  32827**

**File:** A097131354
**Date:** 03/19/2003

Omar  Aqel
10600 BLOOMFIELD DR #533
ORLANDO, FL  32825

**This is to inform you that the following application was received at this office:**

| | |
|---|---|
| **Form:** I-485 | **Receipt No.:** ORL200317000056 |
| *Application for Permanent Residence* | |
| | **Fee:** $255 |

The estimated processing time for this application is (1) year.  You may make a written inquiry
if you have not received a decision or correspondence by March 19, 2004.  Please include a
photocopy of this notice with any inquiry.  If you change your address, please notify this office.

*John M Bulger*
**Acting District Director**

**United States Department of Justice**
**Immigration and Naturalization Service**
**9403 Tradeport Drive**
**Orlando, FL  32827**

**File:**  A097131354
**Date:**  03/19/2003

Omar  Aqel
10600 BLOOMFIELD DR #533
ORLANDO, FL  32825

**This is to inform you that the following application was received at this office:**

| **Form:** FD-258 | **Receipt No.:** ORL200317000057 |
|---|---|
| *Fingerprint Application Form* | |
| | **Fee:** $50 |

The estimated processing time for this application is (1) year.  You may make a written inquiry if you have not received a decision or correspondence by March 19, 2004.  Please include a photocopy of this notice with any inquiry.  If you change your address, please notify this office.

1. 800-375-5283
1-800-767-1833

*John M Bulger*
**Acting District Director**

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie, par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
PASAPORTE

USA

Type / Type / Tipo    Code / Code / Código    Passport No. / No du Passeport / No. de Pasaporte
P                     USA                      017776636

Surname / Noms / Apellidos
ABDUR-RAHMAN

Given names / Prénoms / Nombres
IHSAN TALIAH

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
23 Dec 1981

Sex / Sexe / Sexo    Place of birth / Lieu de naissance / Lugar de nacimiento
F                    MARYLAND, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
29 Sep 2003

Date of expiration / Date d'expiration / Fecha de caducidad
28 Sep 2013

Authority / Autorité / Autoridad
Washington
Passport Agency

Amendments / Modifications / Enmiendas
See Page 24

P<USAABDUR<RAHMAN<<IHSAN<TALIAH<<<<<<<<<<<<<<00
1717663610USA8112233F1309283<<<<<<<<<<<<<<<<00

# Certificate of Marriage

## STATE OF MARYLAND

**License Number   15960**

I hereby certify that on this _31_ day of _December_, _2002_ at _5_ _____ o'clock
at _5521 Gwynn Oak Ave Baltimore MD 21207_ in accordance with the license issued by the Clerk of the Circuit Court for BALTIMORE CITY COUNTY, I united in marriage the following individuals:

| | | | |
|---|---|---|---|
| **Groom** | OMAR AQEL | **Age** 26 | **Birth State** MOROCCO |
| **Groom's** | 5521 GWYNN OAK AVENUE | | |
| **Residence** | BALTIMORE, MARYLAND 21207 | **Marital Status** SINGLE | |
| **Bride** | IHSAN TALIAH ABDUR-RAHMAN | **Age** 20 | **Birth State** MD |
| **Bride's** | 5521 GWYNN OAK AVENUE | | |
| **Residence** | BALTIMORE, MARYLAND 21207 | **Marital Status** SINGLE | |

**Relationship of the parties**   NONE

**Groom's S.S. No.** 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

**Bride's S.S. No.** 2/3-23-9982

**Issue Date** 12/19/2002

_Aleem B___
**Signature of Authorized Official**

_Iman (Pastor)_
**Title and Office**

_2036 Day Rd. Hagerstown_
**Address of Authorized Official**
_Maryland 21740_

LICENSE VALID FROM 6:00 am on December 21, 2002 to June 21, 2003.

| **Fingerprint Notification** | | NOTICE DATE |
|---|---|---|
| | | 09/06/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | INS A# |
|---|---|---|
| I-485 Application to Register Permanent Resident or Adjust Status | | A97 131 354 |

| APPLICATION NUMBER | REFERRING INS OFFICE | PAGE |
|---|---|---|
| BAL0522650005 | Baltimore District Office | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

Omar  Aqel

3522 Carriage Hill Cir  Apt 201

Randallstown, MD  21133

In order to process your application, INS must take your fingerprints and have them cleared by the FBI. You have been scheduled to be fingerprinted at the INS Application Support Center(ASC) and date listed below. If you cannot go the the INS Support Center during the scheduled seven (7) day period, you may appear on any Wednesday following this period, as long as you appear before November 20, 2005

**If you fail to appear by November 20, 2005, your application will be considered abandoned, and all action on it will be terminated by this Service.**

| APPLICANT SUPPORT CENTER | DATE OF APPOINTMENT |
|---|---|
| Baltimore ASC | Between September 21, 2005 and Sep 28, 2005 |
| 31 Hopkins Plaza | Hours of Operation: Sat, Sun Closed, Mon-Fri 8am-4pm |
| Baltimore, Maryland  21201 | |
| | Closed on all Federal Holidays |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE**  and

**2. PHOTO IDENTIFICATION.**   Naturalization applicants must bring their Alien Registration Card. All others must bring a passport, drivers license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF:**

1. YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS;

2. YOUR APPLICATION HAS ALREADY BEEN GRANTED OR DENIED;

3. YOU WERE AGE 79 OR OLDER AT THE TIME YOUR APPLICATION WAS FILED;

4. YOU ARE CURRENTLY UNDER THE AGE OF 12 YEARS;

If you have any questions regarding this notice, please call 1-800-375-5283

APPLICATION NUMBER

APPLICANT COPY

A 9 7 1 3 1 3 5 4

BIOMETRICS PROCESSING STAMP

ASC

BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY

ON 9/21/05

cc:

| File Number:<br>A97 131 354 | | Case Type | I-485 APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|---|
| Recei pt Date<br>March 19, 2003 | Priority Date: | Applicant:<br><br>Aqel, Omar | |
| Date of Notice:<br>September 14, 2005 | Page 1 of 1 | | |

| Ihsan Abdur Rahman<br>Omar Aqel<br>3522 Carriage Hill Cir Apt 201<br>Randallstown, MD  21133 | Notice Type:   Interview Notice |
|---|---|

An interview appointment regarding eligibility in this case has been scheduled for the following place, date and time:

| Place: | 31 Hopkins Plaza 103, Baltimore, Maryland 21201 | |
|---|---|---|
| Date of Appointment: | November 10, 2005 | **Note: Parking in the downtown area is limited and building security is strict; therefore, you should plan to arrive at least 1 ½ hour before your scheduled appointment time to avoid missing your appointment** |
| Time of Appointment: | 9:45 am | |
| Officer: | A | |

This interview is a necessary part of determining eligibility in this matter. Each applicant or petitioner listed above or included in this case should appear for this interview. They should bring this notice, and photo identification, such as a passport or driver's license with them to this interview.

If copies of a document were submitted as evidence with this application or petition, the originals of those documents should be brought to the interview. If any other documents are required, they will be listed in an attachment to this notice. You may also bring any other documents (original plus a copy that we may retain) of any other evidence you wish to bring to establish eligibility for this immigration benefit.

**Please also bring the specific items checked off below to your interview:**

☐ The attached Form G325A (completed and signed).

☐ The attached Form I-864 (completed, signed and notarized)                    cc:

☐ Two photographs (see attached for specifications)

☐ Your Birth Certificate or other evidence of birth

☑ The items listed on the attached sheet

☑ Driver's License or other photo identification

**Please make every effort to keep this appointment. If you cannot, please return this letter immediately with your explanation and a request for a new appointment date. Please be advised that should you fail to appear for your scheduled interview or to request that your appointment be rescheduled, your application or petition will be deemed abandoned and all action thereon terminated, pursuant to current Service policy.**

Please see additional information on the back. You will be notified separately about any other cases you filed.

**U.S. Citizenship and Immigration Services**
**31 Hopkins Plaza**
**Baltimore, Maryland  21201**

Customer Service Telephone   (800) 375-5283

A 9 7 1 3 1 3 5 4



# U.S. Department of Homeland Security

## U.S. Citizenship and Immigration Services

*Fallon Federal Building*
*31 Hopkins Plaza, 1st Floor*
*Baltimore, Maryland 21201*

March 16, 2007

Omar Aqel
8343 Church Lane, Apt. 14
Baltimore, MD 21244

Dear Mr. Aqel:

Reference is made to your inquiry received March 13, 2007, regarding Service file number A97131354. Specifically you are requesting the status of your Application to Register Permanent Residence or Adjust Status, Form I-485

Our records indicates that you appeared for your adjustment of status interview but a final decision could not be rendered at that time because the results of requisite background checks had not been received. Unfortunately, the background checks are still pending and a final decision on your application cannot be achieved until the checks are completed.

We understand that you are concerned with the progress of your application. However, to fulfill our mission to provide immigration benefits and services to the public, we must balance our obligations to the individual applicant against our obligations to the public as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Therefore, the background checks require time, resources and patience.

USCIS does not share information regarding the specific nature or status of any background security check. We are committed to working with other government agencies to ensure each individual case is processed and the resolution is completed as quickly as possible.

Thanks for your understanding and patience in this matter.

Sincerely

Tyesha Kennedy
CIS Assistant



**U.S. Department of Homeland Security**

**Citizenship and Immigration Services**

---

*Fallon Federal Building*
*31 Hopkins Plaza, 1st Floor*
*Baltimore, Maryland 21201*

Date:

*MARCH 16, 2007*

Dear Sir/Madam:

      Reference is made to your inquiry regarding Alien Registration file number

A *97 /3/ 354* . Specifically, you are requesting that the Service advise you as to

the status of your naturalization/adjustment of status application.

      We have again reviewed the Service records as they pertain to your request. That review again indicates that your case is still pending a variety of background checks with other government agencies. We are not at liberty to discuss further details of these checks. Again, once the results are received, you will receive written notification of a decision.

      **It is important to note that every case is subject to these checks and once the results have cleared, then and only then, will a decision be rendered. Each case is decided upon by an individual basis. We apologize for any inconvenience.**

      Thank you for the opportunity to assist you in this matter.



RECEIVED
MAR 1 6 2007
DEPARTMEN... ...LAND SECURITY
BALTIMORE

RECEIVED
MAY 1 0 2007
D.H.S. CITIZENSHIP AND
IMMIGRATION SERVICES BALTIMORE

*Pending Background check 9/21/06.*

*still pending*



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH 590327

May 21, 2007

Ms. Ihsan Abdur-Rahman
Apartment 14
8343 Church Lane
Baltimore, MD 21244

Dear Ms. Abdur-Rahman:

    Your letter dated March 9, 2007, directed to Mrs. George W. Bush concerning the name check status of your husband, Omar Aqel, for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

    A review of the FBI's Name Check Program database concerning Mr. Aqel revealed that his request was received from the United States Citizenship and Immigration Services on May 7, 2003, and is currently in process.

    The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to Mr. Aqel; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, Mr. Aqel may be assured that the results will be made available to the immigration authorities as quickly as possible.

    I trust this information will be of assistance.

                        Sincerely,

                        *Darrel J. Loputh*

                    For: Michael A. Cannon
                        Section Chief
                        National Name Check Program Section
                        Records Management Division



*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225

# Homeland Security

June 14, 2007

Mrs. Ihsan Abdur-Rahman
5521 Gwynn Oak Ave
Gwynn Oak, MD 21207-6869

Re: Mr. Omar Aqel

Dear Mrs. Abdur-Rahman:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

Email: cisombudsman@dhs.gov          Web: http://www.dhs.gov/cisombudsman