UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR AQEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, )<br>United States Citizenship & Immigration )<br>Services, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>) | Case Number:  1:07CV1765 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

  /s Robin M. Meriweather
ROBIN M. MERIWEATHER, DC Bar # 490114
Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-514-7198/ FAX 202-514-8780
Robin.Meriweather2@usdoj.gov