UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR AQEL, et al., ) | |
| ) | |
| Plaintiffs ) | Case No. 1:07CV01765 (RMU) |
| ) | |
| v. ) | |
| ) | |
| EMILIO T. GONZALEZ, ) | |
| et al. ) | |
| ) | |
| Defendants ) | |

## ERRATA

Plaintiffs submit this Errata to correct an error in the Consent Motion for Enlargement of Time filed on January 17, 2008 (Dkt. Entry 5-1). The Motion contains a certificate of service on page 3 that was erroneous and should be disregarded. As the Consent Motion was filed electronically, there is no need of a Certificate of Service. *See* LCvR5.4(d)(2). Therefore, please disregard the Certificate of Service.

Respectfully submitted,

/s/
THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
tom@elliotlaw.com