**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **OMAR AQEL, et al.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | **Case No. 1:07CV01765 (RMU)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EMILIO T. GONZALEZ,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

_____)

**CONSENT MOTION TO HOLD IN ABEYANCE**
**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO**
**DISMISS OR TO TRANSFER**

Plaintiffs move to hold in abeyance their response to "Defendants' Motion to Dismiss or to Transfer," now due on February 1, 2008, for 60 days, for the following good cause:

Plaintiffs were interviewed by Defendant USCIS on January 18, 2008, at which time Defendant USCIS approved Plaintiff Ihsan Abdur-Rahman's I-130 Petition for Alien Relative she had filed on behalf of her husband, Plaintiff Omar Aqel.

Plaintiff Omar Aqel was told by the USCIS interviewing officer that his FBI name check was completed on January 7, 2008.  Plaintiff was requested to take new biometrics (fingerprints) on January 30, 2008.  The USCIS officer advised Plaintiffs to anticipate adjudication of Plaintiff Omar Aqel's application for adjustment of status within three weeks of submitting his new fingerprints.

As this matter may be resolved shortly, and in the interest of judicial expediency, Plaintiffs move this Court to hold in abeyance their response to "Defendants' Motion to Dismiss

or To Transfer" for 60 days.  Plaintiffs' undersigned counsel has contacted Defendants' legal

counsel, who consents to that motion.

Dated: January 23, 2008

Respectfully submitted,


_____/s/_____

THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1666 Connecticut Avenue NW, 5th Floor
Washington D.C. 20009
(202) 429 1725
tom@elliotlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

OMAR AQEL, et al.,      )
                )
   **Plaintiffs**     )    **Case No. 1:07CV01765 (HHK)**
                )
   **v.**           )
                )
EMILIO T. GONZALEZ,  )
et al.              )
                )
   **Defendants**    )
_____)

## <u>ORDER</u>

**UPON CONSIDERATION** of the Consent Motion to Hold in Abeyance Plaintiffs'

Response to "Defendants' Motion to Dismiss or to Transfer," it is hereby **ORDERED** that the

Motion is **GRANTED**, and Plaintiffs' response is not due until further ordered by the Court.

 

 

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008