## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMAR AQEL, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | **Case No. 1:07CV01765 (HHK)** |
| ) | |
| **v.** ) | |
| ) | |
| **EMILIO T. GONZALEZ,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants** ) | |

## <u>CONSENT MOTION TO DISMISS</u>

With the consent of Defendants, Plaintiffs, by their undersigned counsel, submit this motion to dismiss without prejudice and state, in support whereof:

1.   On or about October 2, 2007, Plaintiffs filed the above-captioned complaint in the nature of mandamus, to compel Defendants to adjudicate Plaintiff Ihsan Taliah Abdur-Rahman's I-130 Petition for Alien Relative submitted with Defendants on behalf of her husband, Omar Aqel, and to adjudicate Plaintiff Omar Aqel's application for adjustment of status to lawful permanent residency.

2.   On January 18, 2008, Defendants have approved Plaintiff Ihsan Taliah Abdur-Rahman's I-130 Petition for Alien Relative.  *See* Exhibit 1.

3.   On February 1, 2008, Defendants have approved Plaintiff Omar Aqel's application for adjustment of status.  *See* Exhibit 2.

4.   Defendants' adjudication of Plaintiffs' petition/application renders this Complaint moot.

WHEREFORE, with the consent of Defendants, Plaintiffs respectfully request that this

matter be dismissed.


Dated: February 5, 2008

Respectfully submitted,


_____/s/_____
THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
tom@elliotlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

OMAR AQEL, et al.,      )
                        )
      Plaintiffs      )     **Case No. 1:07CV01765 (HHK)**
                        )
      v.               )
                        )
EMILIO T. GONZALEZ,  )
et al.                  )
                        )
      Defendants    )
_____)

**<u>ORDER</u>**

HAVING READ AND CONSIDERED the Consent Motion to Dismiss, it is, this ____

day of February, 2008, hereby ordered:

1.  That the motion be granted.

2.  That the matter is hereby dismissed.

_____
United States District Judge

| ALIEN-NUMBER | CASE TYPE |
|---|---|
| **A97 131 354** | I-130, Petition for Alien Relative |
| NOTICE DATE | PETITIONER |
| January 18, 2008 | **Ihsan Abdur-Rahman** |
| APPROVAL DATE | BENEFICIARY |
| January 18, 2008 | **Omar Aqel** |
| Ihsan Abdur-Rahman<br>43183 Thistledown Terrace, Apt 235<br>Ashburn, VA 20148 | NOTICE TYPE:    Approval Notice<br>Section: Husband or wife of United States Citizen, 201(b) INA |

The above petition has been approved.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

cc: Law Office of Romney

Please see the additional information on the back. You will be notified separately about any other cases you have filed.
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
2675 PROSPERITY AVENUE
FAIRFAX, VA 22031
Customer Service Telephone (800) 375-5383

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| ALIEN-NUMBER | CASE TYPE |
|---|---|
| A97131354 | I-485 Application to Register Permanent Residence |
| **NOTICE DATE** | **APPLICANT** |
| February 1, 2008 | Omar Aqel |
| **APPROVAL DATE** | **ADJUSTMENT CLASS** |
| February 1, 2008 | IR6 |
| | **NOTICE TYPE** |
| Omar Aqel<br>43183 Thistledown Terrace, Apt 235<br>Ashburn, VA 20148 | Approval |

Your application for lawful permanent resident status has been approved. Your alien registration card will arrive by mail within six months.

Please do not travel outside of the United States without first receiving a passport endorsement from United States Citizenship and Immigration Services. To receive this endorsement, you must make an appointment with our office via the Internet at www.infopass.uscis.gov. When making the appointment, please select "Approval Letter" when prompted to state the reason for your appointment. On the day of your appointment, please bring with you this letter, a copy of your InfoPass appointment letter, your valid passport, and one other form of identification.

Please see the additional information on the back. You will be notified separately about any other cases you have filed.
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
2675 PROSPERITY AVENUE
FAIRFAX, VA 22031
Customer Service Telephone (800) 375-5383

Form I-797 (Rev. 01/31/05) N