UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OMAR AQEL, et al., )
)
    Plaintiffs ) Case No. 1:07CV01765 (HHK)
)
v. )
)
EMILIO T. GONZALEZ, )
et al. )
)
    Defendants )
)

### ORDER

HAVING READ AND CONSIDERED the Consent Motion to Dismiss, it is, this 8th day of February, 2008, hereby ordered:

1. That the motion be granted.

2. That the matter is hereby dismissed.

*/s/ Henry Kennedy, Jr.*
United States District Judge